IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **Aaron Sotelo, Individually and On Behalf of All Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § § | **Civil Action No.** |
| v. | § § | **2:20-cv-517-SMV-GBW** |
| **Sur Transporte, Inc., Jimmy Hernandez, Isabella Avila and Laureano P. Ardila,** | § § § | |
| **Defendants.** | § § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Aaron Sotelo ("Plaintiff") files this Notice of Dismissal Without Prejudice regarding Plaintiff's claims against all Defendants in this matter pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(i).

As the Defendants have not yet filed an Answer or a Motion for Summary Judgment, this Notice of Dismissal without Prejudice is timely.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereby gives his Notice of Dismissal Without Prejudice and without the requirement of a Court Order.

Respectfully Submitted,

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@morelandlaw.com
Daniel A. Verrett
Texas State Bar No. 24075220
daniel@morelandlaw.com
**MORELAND VERRETT, P.C.**
700 West Summit Drive
Wimberley, Texas 78676
(512) 782-0567
(512) 782-0605 - telecopier
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of March, 2021, I electronically submitted the foregoing document for filing using the Court's CM/ECF system, which will serve all counsel of record with a true and correct copy of this document.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker